CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2012 AUG -1 PM 1:46
DEPUTY CLERK _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| JAMES BREWER | § | |
| | § | |
| v. | § | 2:10-CV-0192 |
| | § | |
| UNITED STATES OF AMERICA | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION and DENYING MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE

Came for consideration the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody filed by petitioner JAMES BREWER. On July 7, 2012, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the motion to vacate be denied. As of this date, no objections to the Report and Recommendation have been filed.

Having made an independent examination of the record in this case and having examined the Report and Recommendation of the Magistrate Judge, the undersigned United States District Judge hereby ADOPTS the Report and Recommendation. Accordingly, the motion to vacate, set aside or correct sentence filed by petitioner is, in all things, DENIED.

IT IS SO ORDERED.

ENTERED this 1st day of August 2012.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE